# DOUGLAS & LONDON, P.C.

*Attorneys at Law*
111 John Street, Suite 1400
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
www.douglasandlondon.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAY 2 2006 ★

BROOKLYN OFFICE

Gary J. Douglas
Michael A. London*

Stephanie O'Connor, J.D., R.N. *
Nicole V. Gurkin
*Also admitted in NJ

April 26, 2006

Denied
So ordered
s/John Gleeson
USDJ
4-26-06

**VIA FACSIMILE ONLY**
Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Kochie vs. The Quigley Corporation, et al.*, CV-05-3622 (JG)(KAM)

Dear Judge Gleeson:

This firm represents the plaintiff in the above-referenced action and we write to respectfully request a brief extension of time for plaintiff to submit opposition papers to Defendants' motion to dismiss.

As the Court may recall, at a pre-motion conference was held in this case on April 17, 2006. At that time the Court ruled that the parties were permitted to file motions, if necessary, and if motion practice was to be had, the Court indicated the schedule would be as follows: motions to be filed by April 24th, opposition to be filed by May 1st, Reply, by May 8th, and argument on May 19th, at 12:00 p.m.

Defendants elected to file their motion.

To this end, plaintiff respectfully requests an extension of time to serve his opposition for at least 7 days (from May 1st until May 8th).

This would merely extend the time to file opposition from 7 days to fourteen days and should result in no prejudice. In addition, your undersigned has other commitments

Honorable Judge Gleeson
April 26, 2006
Page 2 of 2

that will greatly hinder submitting opposition papers by May 1st, which is just one week after they were filed.[1]

Accordingly, plaintiff respectfully requests that the Court grant plaintiff at least 7 days, until May 8, 2006, to file and serve his opposition papers.

I thank the Court for its time and continued courtesies.

Respectfully,

Michael A. London
(ML-7510)

cc:   Walter Swayze, Esq. (via email)
      Dwight A. Kern, Esq. (via email)

---

[1] Defendants' motion was filed via ECF on Monday April 24th in accordance with the Court's directive, and we received a copy of it through Pacer via ECF, however, the motion was served via regular mail, and received by our office today.

# Douglas & London, P.C.
*Attorneys at Law*
111 John Street
14th Floor
New York, NY 10038
(212) 566-7500
FAX: (212) 566-7501

## FAX COVER SHEET

TO:         Hon. John Gleeson

FAX NO:     (718) 613-2456

TEL NO:     (718) 613-2455

DATE:       April 26, 2006

RE:         <u>Kochie v. Quigley Corp, et al.</u>

FROM:       Michael A. London

NO. PAGES SENT (including cover sheet): _3_

---

## MESSAGE

The information contained in this facsimile communication is intended solely for the use of the individual(s) to whom it is addressed and may include information that is privileged and/or confidential, the disclosure of which is prohibited by law. If the reader of this facsimile is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender of this facsimile immediately by telephone at (212) 566-7500. Thank you.