## DOUGLAS & LONDON, P.C.
Attorneys at Law
111 John Street, Suite 1400
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
www.douglasandlondon.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 14 2006 ★

BROOKLYN OFFICE

Gary J Douglas
Michael A. London*

Stephanie O'Connor, JD, R N. *
Nicole V. Gurkin
*Also admitted in NJ

June 9, 2006

**VIA ECF**
Honorable Magistrate Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Kochie v. The Quigley Corporation, et al.**, CV-05-3622 (JG)(KAM)

Dear Magistrate Judge Matsumoto:

The parties jointly submit the following letter to respectfully request an adjournment of today's discovery conference.

The parties have made what appears to be significant progress this week in negotiating many of the outstanding discovery related issues, and we feel with a little more time, we can resolve all discovery related issues on our own without the need for the Court's intervention.

Accordingly, we would respectfully request that a new conference date be scheduled by the Court for sometime in the next 3-4 weeks.

This request is made jointly by all parties.

Application granted. The 6/9/06 conference is adjourned to 7/5/06 at 5:00 p.m. Plaintiff shall initiate the call with all parties.

So ORDERED: s/Kiyo Matsumoto
U.S.M.J. 6/9/06

We thank the Court for its time and continued courtesies.

Respectfully,

Michael A. London
(ML-7510)

Respectfully,

Dwight A. Kern, Esq.
(DK-8924)

cc: Dwight A. Kern, Esq. (via email)